```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 23580
   ALBERT EARL JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3322


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 06/14/2005 and was confirmed 08/17/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  21.01%.

     The case was paid in full 04/16/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------
ALLIANT CREDIT UNION     CURRENT MORTG          .00            .00           .00
PAULINA STREET CONDO ASS NOTICE ONLY      NOT FILED            .00           .00
PAULINA STREET CONDO ASS MORTGAGE ARRE       970.85            .00        970.85
COOK COUNTY TREASURER    PRIORITY           2205.94            .00       2205.94
SOCIAL SECURITY ADMINIST UNSECURED         14259.50            .00       2994.50
SCHOTTLER & ZUKOSKY      PRIORITY         NOT FILED            .00           .00
ADVANCE CALL CENTER TECH NOTICE ONLY      NOT FILED            .00           .00
ALLIANT CREDIT UNION     UNSECURED OTH       960.16           1.44        204.52
AMERICAN EXPRESS TRAVEL  UNSECURED          6549.84            .00       1375.47
CERTEGY                  UNSECURED        NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED           100.00            .00         21.00
COMCAST                  UNSECURED        NOT FILED            .00           .00
KINECTA FEDERAL CREDIT U UNSECURED          6269.41            .00       1316.58
KINECTA FEDERAL CREDIT U UNSECURED          1272.91            .00        267.31
ECAST SETTLEMENT CORP    UNSECURED          6385.33            .00       1340.92
ECAST SETTLEMENT CORP    UNSECURED          3895.67            .00        818.09
NCO FINANCIAL            NOTICE ONLY      NOT FILED            .00           .00
AT & T BANKRUPCTY        UNSECURED        NOT FILED            .00           .00
SPRINT                   UNSECURED        NOT FILED            .00           .00
MIDWEST VERIZON WIRELESS UNSECURED           120.25            .00         25.25
*SCHOTTLER & ZUKOSKY     DEBTOR ATTY       2,025.00                     2,025.00
TOM VAUGHN               TRUSTEE                                          834.69
DEBTOR REFUND            REFUND                                           698.44

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 15,100.00

PRIORITY                                      2,205.94
SECURED                                         970.85

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 23580 ALBERT EARL JR
```

```
UNSECURED                                                    8,363.64
    INTEREST                                                     1.44
ADMINISTRATIVE                                               2,025.00
TRUSTEE COMPENSATION                                           834.69
DEBTOR REFUND                                                  698.44
                                   ----------------  ----------------
TOTALS                                    15,100.00         15,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                   /s/ Tom Vaughn
   Dated: 07/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```